In the Matter of the CORRECTION AND COMPLETION OF THE REGISTRY OF ELECTORS IN THE FIRST ELECTION DISTRICT OF THE FOURTH WARD OF THE CITY OF ALBANY for the General Election to Be Held on November 7, 1933.

FRED BERNAU et al., Appellants; JOHN SHAEFER et al., Respondents.

(Argued November 2, 1933; decided November 2, 1933.)

*Frank L. Wiswall* and *Borden H. Mills* for appellants. *Robert E. Whalen* and *Charles J. Duncan* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and CROUCH, JJ. Dissenting: KELLOGG, J. Not sitting: HUBBS, J.